PETER W. ALFERT, SBN 83139
**LAW OFFICES OF PETER ALFERT**
A Professional Corporation
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
Email: Peter@Alfertlaw.com

TODD BOLEY, SBN 64119
ZOYA YARNYKH, SBN 258062
**LAW OFFICES OF TODD BOLEY**
2831 Mariner Square, Suite 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
Email: Boley@Boleylaw.com
Email: Yarnykh@boleylaw.com

Attorneys for Plaintiffs,
STEPHANIE ZUCCARO, and S.G.,
a minor, by and through her guardian
ad litem STEPHANIE ZUCCARO

TIMOTHY P. MURPHY, SBN 120920
DOLORES M. DONOHOE, SBN 111432
**EDRINGTON, SCHIRMER & MURPHY**
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email:  TMurphy@esmlawfirm.com
Email:  LDonohoe@esmlawfirm.com

Attorney for Defendants,
MARTINEZ UNIFIED SCHOOL
DISTRICT,
DAVID ROBERTSON

MARK E. DAVIS, SBN 79936
**DAVIS & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA 95126
Telephone:  (408) 244-2166
Facsimile:  (408) 244-7815
Email:  mdavis@davisyounglaw.com

Attorney for Defendant,
LOUISE DOMBROWSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ZUCCARO, and S.G., a minor, by and through her guardian ad litem STEPHANIE ZUCCARO<br><br>Plaintiffs,<br><br>vs.<br><br>MARTINEZ UNIFIED SCHOOL DISTRICT, LOUISE DOMBROWSKI, DAVID ROBERTSON, and DOES 1-30,<br><br>Defendants. | Case No.:  3:l6-cv-02709 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING ADR DEADLINES** |

1

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING ADR DEADLINES**

1  Plaintiffs STEPHANIE ZUCCARO, and S.G., a minor by and through her guardian ad litem STEPHANIE ZUCCARO and defendants MARTINEZ UNIFIED SCHOOL DISTRICT DAVID ROBERTSON, and LOUISE DOMBROWSKI, through their attorneys of record, hereby stipulate and agree:

WHEREAS, pursuant to ADR Local Rule 6-4, and the Order referring this matter to mediation (Doc. 26), the deadline to complete the mediation in this matter was January 20, 2017.

WHEREAS, the appointed mediator, Peter Sherwood, did not contact the parties until January 23, 2017.

WHEREAS, the parties believe that extending the deadline to complete the mediation be extended by six (6) months, through July 20, 2017, so that parties can complete discovery and meaningfully participate in the mediation.

The parties therefore respectfully request that the Court grant this Stipulation.

**IT IS SO STIPULATED:**

Date: January 24, 2017                     LAW OFFICES OF TODD BOLEY

                                           By: /s/ *Todd Boley*
                                           TODD BOLEY
                                           Attorneys for Plaintiff


Date: January 24, 2017                     EDRINGTON, SCHIRMER & MURPHY LLP

                                           By: /s/ *Dolores M. Donohoe*
                                           DOLORES M. DONOHOE
                                           Attorney for Defendants
                                           MARTINEZ UNIFIED SCHOOL DISTRICT,
                                           DAVID ROBERTSON


Date: January 24, 2017                     DAVIS & YOUNG, APLC

                                           By: /s/ *Mark E. Davis*
                                           MARK E. DAVIS
                                           Attorney for Defendant
                                           LOUISE DOMBROWSKI

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING ADR DEADLINES**

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties and good cause appearing it is hereby ordered as follows:

The deadlines to complete mediation is hereby extended through July 20, 2017.

**IT IS HEREBY ORDERED.**

Dated: January 25, 2017

_____
ELIZABETH LAPORTE
Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING ADR DEADLINES**