UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ZUCCARO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MARTINEZ UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No.16-cv-02709-EDL<br><br>**ORDER ON DISCOVERY DISPUTE ABOUT DEFENDANT'S DELAYED CLAIM OF ATTORNEY-CLIENT PRIVILEGE** |

Defendant Martinez Unified School District ("MUSD") failed for over four months to disclose that an independent investigation report regarding the subject incident, prepared in anticipation of litigation, was withheld on the basis of attorney-client and attorney work product privilege. The Court found that MUSD largely waived any claim of attorney-client and/or attorney work product privilege as to the report and its attached exhibits. Dkt. No. 56.

MUSD produced to the Court, as ordered, copies of the complete report and the report with proposed redactions of core privileged information, such as evaluative comments. The proposed redactions are appropriate. MUSD must produce the redacted report to Plaintiffs by Wednesday, August 2, 2017.

**IT IS SO ORDERED.**

Dated: July 31, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge